# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

## Petition for Summons for Offender Under Supervision

Name of Offender:        Robert William Klure            Docket No.:   CR 01-00026-01 SI

Name of Sentencing Judge:   Susan Illston
                            United States District Judge

Date of Original Sentence:   September 26, 2002

Original Offense:
Count One: Passing a United States Treasury Check Bearing a Forged Endorsement or Signature, 18 U.S.C. § 510(a)(2), a Class C felony

Original Sentence: 57 months custody, three years supervised release
Special Conditions: special assessment $100; drug/alcohol treatment; mental health treatment; access to financial information; no new lines of credit or debt; no position of fiduciary responsibility; and search

Prior Form(s) 12:

On July 31, 2006, the Court took judicial notice that the offender failed to submit to urinalysis testing.

On December 7, 2006, the Court issued a warrant for the offender's arrest for acquiring loans under a false name and social security number and for opening new lines of credit. The offender pled to use of false name to obtain loan; and opened new lines of credit.

Sentence on violation - March 9, 2007: 18 months custody; 18 months supervised release
Special Conditions: community confinement six months

Type of Supervision: Supervised Release           Date Supervision Commenced: April 4, 2008
Assistant U.S. Attorney: Robert Rees              Defense Counsel: Julia Mezhinsky Jayne (Retained)

## Petitioning the Court

The issuance of a summons for the offender to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on May 9, 2008, at 9:30 a.m.

NDC-SUPV-FORM 12C(1) 03/23/05

Robert William Klure                                                                 Page 2
CR 01-00026-01 SI

I, Octavio E. Magaña, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated special condition number one which states that the offender shall reside at a half-way house for a term of six (6) months upon release from custody. |
| | The offender was terminated from the half-way house on May 7, 2008. The offender began his court ordered, six-month term on April 4, 2008. |
| | Evidence in support of this charge includes the termination report from the half-way house, Cornell Companies Inc. According to the report, the offender was given the employment orientation on February 20, 2008. During this orientation, the offender was made aware that it was a requirement to provide verification of full time employment by March 12, 2008. On March 18, 2008, the offender received an in-house extension, which expired on April 8, 2008. On May 7, 2008, the offender was terminated for failure to obtain employment within a stipulated time frame. |

Address of offender:        Cornell Communities Inc.
                            111 Taylor Street, San Francisco, CA

Based on the foregoing, there is probable cause to believe that Robert William Klure violated the conditions of his supervision.

Respectfully submitted,

_____
Octavio E. Magaña
U.S. Probation Officer Specialist

Robert William Klure                                                                           Page 3
CR 01-00026-01 SI


Date Signed: May 8, 2008

                                                         Approved as to form:

                                                         _____
                                                         Amy Rizor
                                                         Supervisory U.S. Probation Officer

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a summons for the offender to appear in court before the duty Magistrate Judge for identification of counsel and setting of revocation proceedings on May 9, 2008, at 9:30 a.m.
☐ Other:


_____                                    _____
5/8/08                                                                                          Susan Illston
Date                                                                                             United States District Judge


NDC-SUPV-FORM 12C(1) 03/23/05